1  Roy Huntsman, Esq. SBN 185486
2  **McGEE, LERER & ASSOCIATES**
   11845 W. Olympic Blvd., Suite 645W
3  Los Angeles, CA 90064
   *Telephone (310) 231-9717*
4  *Facsimile (310) 231-9715*
5
6  Attorneys for Plaintiff, ALICIA FRAGA
7
8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ALICIA FRAGA, | ) CASE NO.: 2:22-cv-02376-FWS-AS |
| | ) |
| Plaintiff, | ) Hon. Fred W. Slaughter |
| | ) |
| | ) **FIRST AMENDED COMPLAINT FOR** |
| v. | ) **DAMAGES:** |
| | ) |
| | )    **1. NEGLIGENCE** |
| UNITED STATES OF AMERICA, | ) |
| ALEJANDRO TELLEZ MARTINEZ, | ) |
| and DOES 1-10. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

1

FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff ALICIA FRAGA brings this Complaint against Defendants UNITED STATES OF AMERICA, ALEJANDRO TELLEZ MARTINEZ and DOES 1-10, and alleges:

## INTRODUCTION, JURISDICTION & VENUE

1. The subject personal injury incident occurred on December 16, 2019, on Rancho Vista Boulevard at 25th Street West in the City of Palmdale, County of Los Angeles, State of California.

2. Plaintiff served the government claim, to comply with the Federal Tort Claims Act, with the UNITED STATES POSTAL SERVICE one month after the incident on January 15, 2020. An agent of the UNITED STATES POSTAL SERVICE acknowledged receipt of Plaintiff's claim by signing Plaintiff's certified receipt, by email, and by letter. Since the UNITED STATES POSTAL SERVICE did not act on the government claim, the statute of limitations to file the Complaint is two years from the date of the incident.

3. Plaintiff claims that she was harmed in an auto collision caused by the Defendants' negligent operation of motor vehicles, including but not limited to neck and low back injuries necessitating emergency and follow up medical care.

4. UNITED STATES POSTAL SERVICE employee CLIFTON HOWARD was driving a UNITED STATES POSTAL SERVICE vehicle in the course and scope of his employment with UNITED STATES POSTAL SERVICE when he NEGLIGENTLY rear-ended Plaintiff's vehicle which was stopped at a red light. Defendant ALEJANDRO TELLEZ MARTINEZ then drove his vehicle into the rear end of the UNITED STATES POSTAL SERVICE vehicle.

## PARTIES

5. Defendant UNITED STATES OF AMERICA is a federal governmental entity. Plaintiff is informed and believes that CLIFTON HOWARD, the driver of the UNITED STATES POSTAL SERVICE vehicle involved in the herein incident, was an employee or agent of UNITED STATES POSTAL SERVICE, a governmental entity of Defendant UNITED STATES OF AMERICA, at the time of the incident.

6. Defendant ALEJANDRO TELLEZ MARTINEZ is an individual who, upon information and belief, is a resident of Los Angeles County.

7. At all relevant times, Plaintiff ALICIA FRAGA was a resident of Los Angeles County.

8. The true names and capacities, whether individual, corporate, associate, governmental, or otherwise of DOE 1 through DOE 10, inclusive, are unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. When the true names and capacities of said Defendants are ascertained, Plaintiff will amend this complaint accordingly.

9. At all times herein mentioned, each Defendant was the agent, servant and/or employee of each of the remaining Defendants and was at all times acting within the course and scope of such agency, employment or service.

## FIRST CAUSE OF ACTION FOR GENERAL NEGLIGENCE
### (ALICIA FRAGA AGAINST UNITED STATES OF AMERICA, ALEJANDRO TELLEZ MARTINEZ and DOES 1-10)

10. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

11. At all times relevant herein, CLIFTON HOWARD was the agent or employee of the UNITED STATES POSTAL SERVICE, a governmental entity of Defendant UNITED STATES OF AMERICA who, while in the scope of agency or employment negligently, carelessly, and/or recklessly controlled, operated, maintained, managed, drove the UNITED STATES POSTAL SERVICE vehicle into the rear end of Plaintiff's stopped vehicle and harmed Plaintiff.

12. At all times herein, by virtue of the Federal Tort Claims Act, defendant UNITED STATES OF AMERICA was and is vicariously liable for the acts and omissions of its employee or agent CLIFTON HOWARD, who caused injury and harm to Plaintiff ALICIA FRAGA while negligently operating a vehicle while in the course and scope of employment or agency of UNITED STATES POSTAL SERVICE.

13. At all times relevant herein, Defendant ALEJANDRO TELLEZ MARTINEZ was the agent or employee of Defendant DOES 1-10, who, while in the course and scope of such agency and employment, negligently, carelessly, and/or recklessly controlled, operated, maintained, and drove his vehicle so as to cause harm to Plaintiff.

14. At all times herein, Defendant DOES 1-10 was and is vicariously liable for the acts and omissions of its employees or agents Defendant ALEJANDRO TELLEZ MARTINEZ, who caused injury and harm to Plaintiff ALICIA FRAGA while negligently operating a vehicle while in the course and scope of employment or agency of Defendant DOES 1-10.

15. At all times relevant herein, Defendants UNITED STATES OF AMERICA and DOES 1-10, negligently, carelessly, and/or recklessly failed to vet, train, supervise, and educate its own agents and employees to properly operate its vehicles in a safe and lawful manner.

16. As a result of Defendants acts or omissions to act, and each of them, Defendants are the direct and proximate legal cause of Plaintiff's injuries. Plaintiff ALICIA FRAGA continues to experience injury, pain, and discomfort caused by the crash. Plaintiff is informed and believes that she will continue to suffer from her injuries, and thereon alleges general damages in an amount according to proof.

17. As a direct and legal proximate cause of DEFENDANTS' conduct, and each of them, Plaintiff was required to seek medical attention to examine, treat, and care for her injuries. As a result, Plaintiff incurred medical and related expenses in an amount according to proof. Plaintiff is informed and believes, and thereon alleges, that Plaintiff will incur medical and related expenses in the future, in an amount according to proof.

**WHEREFORE,** Plaintiff prays for judgment as follows:

1. For general damages according to proof at the time of trial;

2. For special damages according to proof at the time of trial, including medical expenses, lost income, loss of earning capacity, and other incidental expenses;

3. For costs of suit incurred herein;

4. For interest on damages pursuant to Civil Code §3291;

5. For such other and further relief as this Court deems just and proper.

DATED: August 12, 2022                           **MCGEE, LERER & ASSOCIATES**

By:_____
Roy Huntsman, Esq.
Attorneys for Plaintiff, ALICIA FRAGA

# PROOF OF SERVICE

## ALICIA FRAGA v. UNITED STATES OF AMERICA, et al.

### CASE NO. 2:22-cv-02376-FWS-AS

At the time of service, I was over 18 years of age, and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11845 West Olympic Blvd Suite 645W Los Angeles, CA 90064.

On August 12, 2022, I served true copies of the following documents described as: **FIRST AMENDED COMPLAINT FOR DAMAGES** on the interested parties in this action as follows:

| | |
|---|---|
| Alejandro Tellez Martinez<br>37123 Keith Ct<br>Palmdale, CA 93550 | Civil Process Clerk<br>United States Attorney's Office<br>Central District of California<br>300 North Los Angeles Street<br>Suite 7516<br>Los Angeles, California 90012 |

(X)   **BY MAIL.** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am a member of the bar of the Court at whose direction the service was made.

Executed on August 12, 2022, in Los Angeles, California.

*Quinton Alston*
_____
Quinton M. Alston