ANGELINA R. LANE, ESQ. SBN 261511
**LAW OFFICES OF DAN D. ENDOSO & ASSOCIATES**
330 North Brand Boulevard, Suite 1200
Glendale, California 91203
Telephone: (818) 638-2050
Facsimile:  (818) 638-2051
E-Mail: ServiceLOODDE@kempercorporation.onmicrosoft.com

Attorneys for Defendant,
ALEJANDRO TELLEZ RAMIREZ

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA FRAGA<br><br>    Plaintiff,<br>  v.<br><br>CLIFTON HOWARD, UNITED STATES POSTAL SERVICE, ALEJANDRO TELLEZ MARTINEZ and DOES 1-100.<br><br>    Defendants.<br><br>ALEJANDRO TELLEZ MARTINEZ<br><br>    Cross-Complainant,<br>  v.<br><br>CLIFTON HOWARD, UNITED STATES POSTAL SERVICE, and ROES 1-50.<br><br>    Cross-Defendants. | CASE NO.: 2:22-CV-02376-FWS-AS<br>Hon. Fred W. Slaughter<br><br>**DEFENDANT ALEJANDRO TELLEZ RAMIREZ'S CROSS-COMPLAINT AGAINST CLIFTON HOWARD AND UNITED STATES POSTAL SERVICE FOR INDEMNITY AND DECLARATORY RELIEF** |

COMES NOW the Defendant/Cross-Complainant, Alejandro Tellez Ramirez [erroneously sued as Alejandro Tellez Martinez] ("Defendant/Cross-Complainant"), and for causes of action against Cross-Defendants, Clifton Howard and United States Postal Service ("Cross-Defendants"), complains and alleges as follows:

# FIRST CAUSE OF ACTION FOR INDEMNITY
## (FOR INDEMNITY AS TO CROSS-DEFENDANTS)

1. The true names and capacities, whether individual, corporate, associate, or otherwise, of Cross-Defendants named herein as ROES 1 to 50, inclusive, are unknown to Cross-Complainant who at this time therefore sues said Cross-Defendants by said fictitious names. Cross-Complainant will seek leave of court to amend this Cross-Complaint to show the true names, capacities and relationships when the same have been ascertained. Cross-Complainant is informed and believes, and thereupon alleges, that the Cross-Defendants designated herein by a fictitious name is negligently responsible in some manner for the events and happenings herein referred to.

2. Cross-Complainant is informed and believes and thereon alleges that, at all times herein mentioned, Cross-Defendants, and ROES 1 to 50, and each of them, were authorized to and are doing business in the County of Los Angeles, State of California.

3. At all times herein mentioned, each of the Cross-Defendants were acting as the agents and/or employees of each of the remaining Cross-Defendants and was at all times acting within the purpose and scope of said agency and employment.

4. On or about August 15, 2022, Plaintiff herein filed a Complaint for damages against Cross-Complainant, which the Complaint is part of this action and is incorporated herein by reference.

5. Cross-Complainant has filed an answer to the Complaint denying any and all liability, and hereby expressly denies any wrongdoing, negligence, or other actionable conduct giving rise to any liability whatsoever. However, despite such denial, in the event that damages are awarded against Cross-Complainant, Cross-Complainant alleges that all or some portion of the Plaintiff's damages were legally caused by the wrongdoing, negligence or other actionable conduct on the part of the Cross-Defendant and each of them.

6. If Plaintiff suffered damages as alleged in the Complaint, then said damages were caused by the conduct of the Cross-Defendants, and each of them, as aforesaid. If Cross-Complainant is held liable to Plaintiff, said liability would be solely of a vicarious, passive and

secondary nature. Said liability would be predicated upon the direct and active conduct of the Cross-Defendants.

7. By reason of the foregoing facts, Cross-Complainant would be entitled to indemnification from Cross-Defendants, and each of them, in the amount Cross-Complainant might become obligated to pay the Plaintiff, in that any liability on the part of Cross-Complainant to the Plaintiff would be imputed solely from the acts or conduct of the Cross-Defendants.

8. By reason of the foregoing, Cross-Complainant will be compelled to incur attorneys' fees, costs of suit, and expenses of litigation in the defense of the main action herein, and the prosecution of this Cross-Complaint, the whole of which the actively negligent Cross-Defendants, should be compelled to pay and reimburse Cross-Complainant.

## SECOND CAUSE OF ACTION

### (FOR DECLARATORY RELIEF AS TO CROSS-DEFENDANT)

9. Cross-Complainant refer to, adopts, and re-plead Paragraphs 1 through 8 of the First Cause of Action, and incorporates the same by this reference as though fully set forth herein at length.

10. A controversy and dispute exist between the Cross-Complainant and the Cross-Defendants, as to the rights and duties of the parties, with the Cross-Complainant contending that it is entitled to indemnity, contribution and apportionment of damages from the Cross-Defendants, and the Cross-Defendants denying that the Cross-Complainant is so entitled. No adequate remedy at law exists and the Declaration of the Court is needed to resolve the dispute and controversy.

11. Unless all joint and several obligations, rights, and duties arising out of the action between the respective parties herein are determined in this one proceeding, there will be a multiplicity of actions to determine the rights, duties and obligations of the parties hereto, all of which can be determined in a judgment in the instant action; the Cross-Complainant will be subjected to unreasonable burdens and the risk of irreparable injury if the rights of the respective parties are not determined within this proceeding.

WHEREFORE, Cross-Complainant prays for judgment against Cross-Defendants, as follows:

## ALL CAUSES OF ACTION

1. That Cross-Defendants, indemnify Cross-Complainant as to any judgment recovered by the Plaintiff against the Cross-Complainant;

2. That the rights, duties and liabilities between Cross-Complainant and Cross-Defendants, and each of them, be fully determined and declared by this Court; and,

3. That Cross-Complainant recover such other and further relief as the court may deem just and proper.

DATED:  September 23, 2022           DAN D. ENDOSO & ASSOCIATES

By: _____
    Angelina R. Lane, Esq.
    Attorney for Defendant/Cross-Complainant,
    Alejandro Tellez Ramirez

## CERTIFICATE OF SERVICE

I, hereby certify that on October 4, 2022, I served a true and correct copy of the foregoing Defendant Alejandro Tellez Ramirez's Cross-Complaint Against Clifton Howard and United States Postal Service for Indemnity And Declaratory Relief via electronic filing with the Court's ECF system for notice to all counsel of record.

/ s / Alea Fultz

Alea Fultz          Our file no. K710010065