E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RANDY HSIEH (Cal. Bar No. 312087)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585
    Facsimile: (213) 894-7819
    Email: Randy.Hsieh@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALICIA FRAGA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>ALEJANDRO TELLEZ MARTINEZ,<br><br>    Defendants. | No. 2:22-cv-02376-FWS-AS<br><br>**DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

Defendant United States of America ("United States"), by and through its attorneys, hereby admits, denies, and otherwise responds to the allegations in plaintiff Alicia Fraga's ("Plaintiff") First Amended Complaint ("FAC") as follows:

///

///

///

///

///

**INTRODUCTION, JURISDICTION & VENUE**

1. Defendant United States admits that Plaintiff was involved in a multi-vehicle motor vehicle accident on or about December 16, 2019, at or near the intersection of Rancho Visa Boulevard and 25th Street in the City of Palmdale, County of Los Angeles, State of California. Defendant United States denies any other allegation of fact set forth in Paragraph 1 of the FAC.

2. To the extent the allegations set forth in Paragraph 2 of the FAC include conclusions of law, no response is required. To the extent this paragraph includes allegations of fact, Defendant United States admits that Plaintiff presented to the United States Postal Service ("USPS" or "Postal Service") an administrative claim for damages on or about January 21, 2020, seeking damages related to Plaintiff's December 16, 2019 motor vehicle accident. Defendant United States further admits that the Postal Service acknowledged its receipt of Plaintiff's claim for damages by letter dated June 18, 2020. Defendant United States further admits that Plaintiff's claim for damages was denied by the Postal Service, by letter dated April 26, 2022. Defendant United States denies all other allegations set forth in Paragraph 2 of the FAC.

3. Defendant United States denies the allegations set forth in Paragraph 3 of the FAC.

4. To the extent the allegations set forth in Paragraph 4 of the FAC include conclusions of law, no response is required. To the extent this paragraph includes allegations of fact, Defendant United States admits that Clifton Howard, at all times relevant to this civil action, was employed by the Postal Service. Defendant United States further admits that Postal Service employee Howard was acting within the scope of his employment at all times relevant to this civil action. Defendant United States denies all other allegations set forth in Paragraph 4 of the FAC.

**PARTIES**

5. Denied as stated. Defendant United States admits that the United States of America is the sovereign. Defendant United States further admits that the Postal Service

1 is an independent establishment of the Executive Branch of the United States
2 government.  Defendant United States further admits that Clifton Howard, at all relevant
3 times to this civil action, was employed by the Postal Service and acting within the scope
4 of his duties.  Defendant United States denies all other allegations set forth in Paragraph
5 5 of the FAC.

6.   Defendant United States is without sufficient knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 6 of the FAC and, therefore denies same.

7.   Defendant United States is without sufficient knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 7 of the FAC and, therefore denies same.

8.   To the extent the allegations set forth in Paragraph 8 of the FAC include conclusions of law, no response is required.  To the extent the allegations set forth in Paragraph 8 are directed to another party, no response is required.  Defendant United States denies all other allegations set forth in Paragraph 8 of the FAC.

9.   To the extent the allegations set forth in Paragraph 9 of the FAC include conclusions of law, no response is required.  To the extent the allegations set forth in Paragraph 9 are directed to another party, no response is required.  Defendant United States admits only that Clifford Howard was at all relevant times in this civil action employed by the Postal Service and acting within the scope of his employment. Defendant United States denies all other allegations set forth in Paragraph 9 of the FAC.

### FIRST CAUSE OF ACTION FOR GENERAL NEGLIGENCE
### (ALICIA FRAGA AGAINST UNITED STATES OF AMERICA, ALEJANDRO TELLEZ MARTINEZ AND DOES 1-10)

10.   Defendant United States incorporates by reference its responses to all prior Paragraphs as if set forth herein.

11.   Defendant United States admits only that Clifford Howard was employed by the Postal Service and acting within the scope of his employment at all times relevant

to this action.  Defendant United States denies all other allegations set forth in Paragraph 11 of the FAC.

12. The allegations set forth in Paragraph 12 of the FAC constitute conclusions of law to which no response is required.  Defendant United States denies all other allegations set forth in Paragraph 12 of the FAC.

13. The allegations set forth in Paragraph 13 of the FAC are directed to another party and therefore no response is required.  Defendant United States denies all other allegations set forth in Paragraph 2 of the FAC.

14. The allegations set forth in Paragraph 14 of the FAC are directed to another party and therefore no response is required.  Defendant United States denies all other allegations set forth in Paragraph 2 of the FAC.

15. To the extent these allegations are directed to another party, no response is required.  To the extent the allegations set forth in Paragraph 15 of the FAC are directed to Defendant United States, these allegations constitute conclusions of law to which no response is required.

16. To the extent these allegations are directed to another party, no response is required.  To the extent the allegations set forth in Paragraph 16 of the FAC are directed to Defendant United States, these allegations constitute conclusions of law to which no response is required.   Defendant United States denies all other allegations set forth in Paragraph 16 of the FAC.

17. To the extent these allegations are directed to another party, no response is required.  To the extent the allegations set forth in Paragraph 17 of the FAC are directed to Defendant United States, these allegations constitute conclusions of law to which no response is required Defendant United States denies all other allegations set forth in Paragraph 17 of the FAC.

## PRAYER FOR RELIEF

Defendant United States denies that Plaintiff is entitled to the relief requested in the Prayer for Relief, including Subparagraphs 1 through 5, or any relief whatsoever.

# GENERAL DENIAL

The United States denies all allegations in the FAC not otherwise answered above.

# AFFIRMATIVE DEFENSES

1. Plaintiff's FAC fails to state a claim upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over claims and allegations subject to the discretionary function exception to the Federal Tort Claims Act. 28 U.S.C. § 2680(a).

3. Plaintiff is not entitled to a jury trial. 28 U.S.C. § 2402.

4. Plaintiff's recovery is barred or limited by the provisions of California Law on comparative negligence.

5. The injuries and harm alleged by Plaintiff were not proximately caused by the negligent or wrongful acts of an agent or employee of the United States.

6. Plaintiff is prohibited from claiming or recovering an amount in excess of that set forth in her claim to the United States Postal Service, that being $500,000. 28 U.S.C. § 2675(b). Plaintiff's recovery is limited to the amount presented administratively.

7. Plaintiff's injuries, if any, were caused by Plaintiff's own actions or omissions, including her failure to exercise ordinary, reasonable care for her safety and her inattentiveness to the conditions of her immediate surroundings.

8. The United States cannot be held strictly liable under the FTCA. Plaintiff must prove negligence by a federal employee.

9. The United States denies that it or any of its agents or employees were negligent and/or breached any standard of care due the Plaintiff and/or engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiff.

10. Plaintiff's recovery is limited to the damages recoverable under the FTCA, which does not provide for recovery of attorney's fees and/or prejudgment interest.

11. The United States did not violate any actionable duty owed to Plaintiff.

12. To the extent Plaintiff is entitled to recover damages from the United States in this action, the United States is entitled to a credit or set-off for any past or future benefits paid to or on behalf of or received by the Plaintiff, to the extent allowed under federal and state common law and statutory law.

13. The United States hereby preserves any and all other defenses, not currently known, which it has or through discovery it learns may be applicable.

**WHEREFORE**, having fully answered the FAC, defendant United States of America prays that Plaintiff take nothing by way of her FAC, that the same be dismissed, and that judgment be awarded in favor of the United States, together with costs and such other and further relief as the Court deems appropriate.

Respectfully submitted,

Dated: November 16, 2022

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/ Randy Hsieh*
RANDY HSIEH
Assistant United States Attorney

Attorneys for Defendant United States of America