UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-02376-FWS (ASx)                    Date: November 23, 2022
Title: Alicia Fraga v. Clifton Howard et al

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Melissa H. Kunig  |  N/A  |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| Not Present | Not Present |

**PROCEEDINGS:     SCHEDULING ORDER**

      The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for December 1, 2022 and sets the following schedule:

| | |
| --- | --- |
| Check one: [  ] Jury Trial  or  [x] Bench Trial<br>**Tuesday at 8:30 a.m.** | **1/23/2024** |
| Trial Length | **4-5 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **1/11/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **1/12/2023** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **7/14/2023** |
| Expert Disclosure (Initial) | **7/28/2023** |
| Expert Disclosure (Rebuttal) | **8/11/2023** |
| Expert Discovery Cut-Off | **8/25/2023** |
| Last Date to **Hear** Motions **[Thursday]**<br>· Motion for Summary Judgment due at least 6 weeks before hearing<br>· All other motions due at least 4 weeks before hearing<br>· Opposition due 2 weeks after Motion is filed<br>· Reply due 1 week after Opposition is filed | **10/19/2023** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>  Select one:<br>    [  ] 1. Magistrate Judge (with Court approval)<br>    [x] 2. Court's Mediation Panel<br>    [  ] 3. Private Mediation | **10/3/2023** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-02376-FWS (ASx)                    Date: November 23, 2022

Title: Alicia Fraga v. Clifton Howard et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>  Declarations containing Direct Testimony, if ordered (bench trial only) | **12/22/2023** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **12/29/2023** |

**cc: ADR**                                        Initials of Deputy Clerk:  mku