**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA,<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, ALEJANDRO TELLEZ MARTINEZ,<br><br>         Defendants. | Case No. 2:22-cv-02376-FWS-AS<br><br>**ORDER RE STIPULATION TO CONTINUE FACT AND EXPERT WITNESS DISCOVERY BY SIXTY (60) DAYS [48]** |

///

///

///

Having reviewed and considered the Stipulation to Continue Fact and Expert Witness Discovery by Sixty (60) Days [48] (the "Stipulation"), the files and records of the case, and for the good cause demonstrated,[1] the court **ORDERS** the court's November 23, 2022, Scheduling Order [41] (the "Scheduling Order") **MODIFIED** to read as follows (with changes indicated by italics):[2]

| EVENT | DATE |
|---|---|
| Check one: [ ] Jury Trial or [x] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *3/12/2024* |
| *Parties' Estimated* Trial Length | **4-5 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *2/22/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 3/16/2023 |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *9/12/2023* |
| Expert Disclosure (Initial) | *9/26/2023* |
| Expert Disclosure (Rebuttal) | *10/10/2023* |
| Expert Discovery Cut-Off | *10/24/2023* |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | *12/14/2023* |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | **10/3/2023** |

---

[1] Given the record before the court, the court is disinclined to grant further extensions of the trial date and accompanying dates.

[2] The court notes the Stipulation requests to continue certain dates, such as discovery dates and the last date to hear motions, while requesting that other dates, such as the final pretrial conference and trial date, remain unchanged. The court finds the compression of the schedule as suggested in the Stipulation, such as the trial date to the last day to hear motions, is not viable. The court has taken into consideration all of the information in the record, including the Parties' Joint Case Management statement and accompanying worksheet [37], as applied to the applicable law, in exercising its discretion to modify the Scheduling Order to the dates set forth in this Order.

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders*[3]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 1/18/2024 |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions*[4]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 1/25/2024 |

**IT IS SO ORDERED**.

Dated:  June 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

---

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine.  (*See* Dkt. 42 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").)  In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.