Roy Huntsman, Esq. SBN 185486
**McGEE, LERER & ASSOCIATES**
11845 W. Olympic Blvd., Suite 645W
Los Angeles, CA 90064
*Telephone (310) 231-9717*
*Facsimile (310) 231-9715*

Attorneys for Plaintiff, ALICIA FRAGA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA, | CASE NO.: 2:22-cv-02376-FWS-AS |
| Plaintiff, | **ROY HUNTSMAN'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| CLIFTON HOWARD, UNITED STATES OF AMERICA, ALEJANDRO TELLEZ RAMIREZ, and DOES 1-10. | |
| | Date:   October 12, 2023 |
| Defendants. | Time:  10:00 a.m. |
| | Judge: Hon. Fred W. Slaughter |
| | |
| | Trial Date: March 12, 2024 |

## NOTICE OF MOTION

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Thursday, October 12, 2023 at 9:00 a.m., or as soon thereafter as the matter may be hear before the Honorable Fred W. Slaughter, United States District Judge, Courtroom 10D, United States District Court for the Central District of California, Southern Division, 411 West 4th Street, Room 1053, Santa Ana, CA 92701-4516, (714) 338-4750, Roy Huntsman of McGee Lerer & Associates, 11845 W. Olympic Boulevard, Suite 645W, Los

Angeles, California, 90064, shall and hereby does respectfully seek leave of this court, pursuant to Local Rule 83-2.3.2 and in compliance with California Rules of Professional Conduct 1.16 to withdraw as counsel for Plaintiff Alicia Fraga.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

1. Roy Huntsman ("Movant") hereby moves the Court for leave to withdraw as counsel for Plaintiff Alicia Fraga.

2. Movant has represented Plaintiff Fraga throughout the litigation of her claim.

3. There has been a breakdown in the attorney client relationship to the point where further representation cannot be effective.

4. Movant has diligently conducted discovery and has put the Plaintiff in a place where there is no prejudice to her to move forward in Pro Se, or with new counsel.  Non-expert discovery cut-off is closed today, September 12, 2023.

5. Movant's staff verbally informed Plaintiff Fraga last week (in Spanish) and sent written notice to Plaintiff Fraga on September 11, 2023, of his intent to withdraw.

6. Plaintiff Fraga has not consented to Movant's withdrawal.

7. Movant will continue to protect the discovery deadlines of the Court to the extent possible pending the Court's order.  Movant has some concern that the degraded relationship may result in an inability to meet the upcoming expert deadlines. Any delay will be a result of the difficult relationship and not due to Movant's withdrawal.

8. Movant believes that it would be of benefit to Plaintiff Fraga for the Court to grant this Motion and to extend the current court ordered discovery deadlines to allow her to find new counsel to assist with her case.  A short delay will be to Plaintiff Fraga's benefit and will not meaningfully prejudice the parties.

9. Based on the foregoing, Movant respectfully requests that his motion to withdraw as counsel of record be granted.

1          10.    Bench Trial is currently set for March 12, 2024.

DATED: September 12, 2023                MCGEE, LERER & ASSOCIATES

                                         By: _____
                                         Roy Huntsman, Esq.
                                         Attorney for Plaintiff
                                         ALICIA FRAGA

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11845 W. Olympic Blvd., Ste 645W, Los Angeles, CA 90064.

On September 12, 2023, I served the foregoing document, described as:

**ROY HUNTSMAN'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

[X]   By placing [ ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[ ]   BY U.S. MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ]   BY OVERNIGHT DELIVERY: By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as shown above, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents, who received these documents at 11845 W. Olympic Blvd., Ste 645W, Los Angeles, CA 90064.

[ ]   BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

[ ]   BY FACSIMILE: By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is 310-231-9715, to each interested party at the facsimile machine telephone number(s) set forth above or on the attached service list. Said

1  transmission(s) were completed on the aforesaid date at the time stated on the
2  transmission record issued by this Firm's sending facsimile machine for each
   interested party served.  A true copy of each transmission report is attached to
3  the office copy of this proof of service and will be provided upon request.

4      Service by facsimile transmission was made [ ] pursuant to agreement of
   the parties, confirmed in writing, or [ ] as a courtesy to the parties.
5

6  [X]    BY ELECTRONIC SERVICE: By electronically transmitting the document(s)
   listed above to the email address(es) of the person(s) set forth on the attached
7  service list from the e-mail address _____@mcgeelerer.com. To my
   knowledge, the transmission was reported as complete and without error.
8

9  [ ]    State:    I declare under penalty of perjury under the laws of the State
   of California that the foregoing is true and correct.
10

11 [X]    Federal:  I declare that I am employed in the office of a member of the
   bar of this Court, at whose direction the service was made.

12      EXECUTED on September 12, 2023, at Los Angeles, California.

13

14                                          _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**ROY HUNTSMAN'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

# SERVICE LIST

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RANDY HSIEH
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585
Facsimile: (213) 894-7819
Email: Randy.Hsieh@usdoj.gov

**Attorneys for Defendant,**
**United States of America**

ANGELINA R. LANE, ESQ.
LAW OFFICES OF DAN D. ENDOSO & ASSOCIATES
330 North Brand Boulevard, Suite 1200
Glendale, California 91203
Telephone: (818) 638-2050
Facsimile: (818) 638-2051
E-Mail: glendalelegal@kemper.com

**Attorneys for Defendant,**
**ALEJANDRO TELLEZ RAMIREZ**

**ROY HUNTSMAN'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**