Roy Huntsman, Esq. (SBN 185486)
**McGEE, LERER & ASSOCIATES**
11845 W. Olympic Blvd., Suite 645W
Los Angeles, CA 90064
*Telephone (310) 231-9717*
*Facsimile (310) 231-9715*

Attorneys for Plaintiff, ALICIA FRAGA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA, | CASE NO.: 2:22-cv-02376-FWS-AS |
| Plaintiff, | **DECLARATION OF ROY HUNTSMAN IN SUPPORT OF ATTORNEY'S MOTION TO WITHDRAW** |
| v. | Hon. Fred W. Slaughter |
| CLIFTON HOWARD, UNITED STATES POSTAL SERVICE, ALEJANDRO TELLEZ MARTINEZ and DOES 1-100. | Date:   October 12, 2023<br>Time:   10:00 a.m.<br>Judge: Hon. Fred W. Slaughter |
| Defendants. | Trial Date: March 12, 2024 |

### DECLARATION OF ROY HUNTSMAN IN SUPPORT OF ATTORNEY'S MOTION TO WITHDRAW

I, Roy Huntsman, hereby declare and state as follows:

1.   I am an attorney at law duly licensed to practice in the State of California and admitted to the United States District Court for the Central District of California. I am the attorney of record for Plaintiff ALICIA FRAGA. I know the following facts to be true of my own personal knowledge and if called to testify I could and would competently testify hereto.

///

///

1

**DECLARATION IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL**

2.  There has been a breakdown in the attorney client relationship to the point where further representation cannot be effective. This attorney asserts that grounds exist under California Rules of Professional Conduct 1.16.

3.  The breakdown in the attorney / client relationship makes it impossible for this attorney to represent client in this matter.

4.  This attorney has diligently conducted Discovery and has put the client in a place where there is no prejudice to the client to move forward in Pro Se, or with new counsel.

5.  On September 11, 2023, the attorney caused an email to be translated into Spanish and sent to client informing her of my intent to file this motion to be relieved as counsel. The use of emails has been a reliable form of communication between my office and Ms. Fraga. The email was in follow up to telephone conversations I and my office's staff had with Ms. Fraga over the past few weeks wherein we attempted to find agreement with Ms. Fraga without success.

6.  On September 12, 2023, the attorney caused a copy of the Notice Motion to Withdraw as Counsel and the Declaration to be emailed and mailed via certified mail return receipt requested to Plaintiff Fraga.

7.  Ms. Fraga, to date, has refused to find new counsel and has not consented to my withdrawal.

8.  If I am not permitted to withdraw, I believe that Ms. Fraga's claim will be negatively affected, and this office will incur unreasonable costs and liabilities that would be avoided with my withdrawal.

9.  Based on the foregoing, this attorney respectfully requests that the motion for within action not be dismissed for lack of prosecution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on

Date: September 12, 2023.

_____
ROY HUNTSMAN, Declarant

2

**DECLARATION IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL**