# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alicia Fraga | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-02376-FWS-ASx |
| v. | |
| Clifton Howard, et al. | MEDIATION REPORT |
| Defendant(s) | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation ~~was held on~~ для (date): 10.03.2023 was scheduled.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.

   ☐ Defendant or defendant's representative failed to appear.

   ☑ Other: Based on the hearing re Motion to Withdraw and Stipulation (*4 below)

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   set for 10.12.2023, the parties, through counsel, agreed that a Mediation would not be fruitful.

Dated: 10.03.2023

Signature of Mediator

Craig R. Breitman/Breitman Resolutions, Inc.
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*