Roy Huntsman, Esq. SBN 185486
**McGEE, LERER & ASSOCIATES**
11845 W. Olympic Blvd., Suite 645W
Los Angeles, CA 90064
*Telephone (310) 231-9717*
*Facsimile (310) 231-9715*

Attorneys for Plaintiff, ALICIA FRAGA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA, | ) CASE NO.: 2:22-cv-02376-FWS-AS |
| Plaintiff, | ) Hon. Fred W. Slaughter |
| v. | ) **DECLARATION OF ANNA VARGAS RE NOTICE OF HEARING FOR ROY HUNTSMAN'S MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF ALICIA FRAGA** |
| CLIFTON HOWARD, UNITED STATES POSTAL SERVICE, ALEJANDRO TELLEZ MARTINEZ and DOES 1-100. | |
| Defendants. | |

# **DECLARATION OF ANNA VARGAS RE NOTICE OF HEARING FOR ROY HUNTSMAN'S MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF ALICIA FRAGA**

I, Anna Vargas, hereby declare and state as follows:

1. I am the Case Manager assigned to the case of Plaintiff Alicia Fraga and assigned to work with attorney Roy Huntsman, attorney for Plaintiff, and I am employed at the office of McGee Lerer & Associates.

2. The following facts are within my personal knowledge and if called as a witness, I could and would completely testify thereto.

3. On October 13, 2023, at approximately 1:16 p.m., I called Plaintiff Alicia Fraga and spoke to her. I informed her of the hearing on the Motion of Roy Huntsman to withdraw as attorney. I provided the following information: Thursday, October 26, 2023, at 10:00 a.m., Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Courtroom 10D, Santa Ana, CA 92701-4516.

4. I informed Plaintiff Alicia Fraga that her presence is mandatory, and she has been ordered by the court to appear at such hearing.

5. Ms. Fraga's main language is Spanish. I am fluent in Spanish with a Certificate as a Spanish Interpreter. Thus, the communication with Plaintiff Alicia Fraga was conducted in Spanish.

6. In addition to the telephone conversation, I sent via electronic mail and regular US Mail a letter informing Plaintiff Alicia Fraga of the hearing in English and Spanish. Copy of said letters are attached as Exhibit "A."

7. On August 29, 2023, I provided Plaintiff Alicia Fraga with a drop box link containing copies of her entire file.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 16, 2023.

_____
ANNA VARGAS, Declarant

# EXHIBIT "A"



11845 W. OLYMPIC BLVD., SUITE 645W
LOS ANGELES, CALIFORNIA 90064
TELEPHONE 310-231-9717
FACSIMILE 310-231-9715

October 13, 2023

## NOTICE OF ORDER TO APPEAR AT HEARING

**Via Email & U.S. Mail**
Alicia Fraga
alizfraga@gmail.com
39517 Denham Drive
Palmdale, CA 93551

      Re:   Alicia Fraga v. United States, et al.
      Case No.: 2:22-cv-02376-DSF-AS

Dear Mrs. Fraga,

    Please be advised that the hearing date for the above matter has been set by the Court as follows:

        Date:        Thursday, October 26, 2023
        Time:        10:00 a.m.
        Location:   Ronald Reagan Federal Building and United States Courthouse
                        411 West 4th Street, Courtroom 10D
                        Santa Ana, CA 92701-4516

    **Your attendance at the hearing is mandatory. You are ordered by the court to personally appear in the court.** A copy of the Court's minute order is attached. Please sign page two of this letter confirming that you will attend.

    The purpose of this hearing is for the court to consider and rule on Mr. Huntsman's motion to withdraw. If you have retained a new attorney to represent you, kindly provide a copy of this letter to him / her / they.

Alicia Fraga
October 13, 2023
Page 2

Should you have any questions do not hesitate to contact us.

Very truly yours,

**McGEE, LERER & ASSOCIATES**

*Roy Huntsman*

Roy Huntsman
Attorney
RH:av

I, _____, will be present at the hearing as set forth above.

_____        _____
Alicia Fraga                                                                    Date

Alicia Fraga
October 13, 2023
Page 3

**October 12, 2023
Court's Minute Order**

**MINUTES OF Hearing on Motion of Roy Huntsman to Withdraw as Attorney for Plaintiff [52] held before Judge Fred W. Slaughter: Motion hearing held. No appearance on behalf of the defendant. The court hears oral argument from counsel. For the reasons stated on the record, the matter is CONTINUED to Thursday, October 26, 2023, at 10:00 a.m. The hearing shall proceed in person. Counsel for BOTH plaintiff and defendants as well as plaintiff Alicia Fraga are ordered to be present. Counsel for plaintiff is ordered to provide a Spanish language interpreter for the October 26, 2023, hearing. Court Reporter: Deborah Parker. Attorneys for Plaintiff: Roy Huntsman; Attorneys for Defendant: None Present. Courtroom Deputy: Melissa H. Kunig; Time in Court: 0:18. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. (mku)**



11845 W. OLYMPIC BLVD., SUITE 645W
LOS ANGELES, CALIFORNIA 90064
TELEPHONE 310-231-9717
FACSIMILE 310-231-9715

October 13, 2023

### AVISO DE ORDER PARA COMPARECER EN LA AUDIENCIA

**Por Email & Correo U.S.**
Alicia Fraga
alizfraga@gmail.com
39517 Denham Drive
Palmdale, CA 93551

    Re:    **Alicia Fraga v. United States, et al.
                   Número de Caso.: 2:22-cv-02376-DSF-AS**

Estimada Sra Fraga,

    Tenga en cuenta que la fecha de audiencia para el asunto anterior ha sido fijada por el Tribunal de la siguiente manera:

| | |
|---|---|
| **Fecha:** | **Jueves, Octubre 26, 2023** |
| **Time:** | **10:00 a.m.** |
| **Lugar:** | **Ronald Reagan Federal Building and United States Courthouse**  **411 West 4th Street, Courtroom 10D**  **Santa Ana, CA 92701-4516** |

    **Su asistencia a la audiencia es obligatoria. El tribunal le ordena comparecer personalmente ante el tribunal.** Se adjunta copia del acta del Tribunal. Firme la página dos de esta carta confirmando que asistirá.

    El propósito de esta audiencia es que el tribunal considere y se pronuncie sobre la moción de retiro del Sr. Huntsman. Si ha contratado a un nuevo abogado para que la represente, por favor proporciónele una copia de esta carta.

Alicia Fraga
October 13, 2023
Page 2

Si tiene alguna pregunta no dude en contactarnos.

Atentamente,

**McGEE, LERER & ASSOCIATES**

*Roy Huntsman*

Roy Huntsman
Abogado

RH:av


Yo, _____, estaré presente en la audiencia como se establece anteriormente.


_____          _____
Alicia Fraga                                                                Fecha

Alicia Fraga
October 13, 2023
Page 3

**October 12, 2023
Court's Minute Order
Orden del Acta del Tribunal**

**MINUTES OF Hearing on Motion of Roy Huntsman to Withdraw as Attorney for Plaintiff [52] held before Judge Fred W. Slaughter: Motion hearing held. No appearance on behalf of the defendant. The court hears oral argument from counsel. For the reasons stated on the record, the matter is CONTINUED to Thursday, October 26, 2023, at 10:00 a.m. The hearing shall proceed in person. Counsel for BOTH plaintiff and defendants as well as plaintiff Alicia Fraga are ordered to be present. Counsel for plaintiff is ordered to provide a Spanish language interpreter for the October 26, 2023, hearing. Court Reporter: Deborah Parker. Attorneys for Plaintiff: Roy Huntsman; Attorneys for Defendant: None Present. Courtroom Deputy: Melissa H. Kunig; Time in Court: 0:18. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. (mku)**

**Translation:**

**ACTA DE Audiencia sobre la moción de Roy Huntsman para retirarse como abogado del demandante [52] celebrada ante el juez Fred W. Slaughter: Audiencia de moción celebrada. No comparecencia del demandado. El tribunal escucha los argumentos orales del abogado. Por las razones expresadas en el expediente, el asunto CONTINÚA hasta el jueves 26 de octubre de 2023 a las 10:00 a. m. La audiencia procederá de manera presencial. Se ordena la presencia de los abogados de AMBOS demandante y demandados, así como de la demandante Alicia Fraga. Se ordena al abogado del demandante que proporcione un intérprete de español para la audiencia del 26 de octubre de 2023. Taquígrafa judicial: Deborah Parker. Abogados del demandante: Roy Huntsman; Abogados del demandado: Ninguno presente. Adjunta de sala del tribunal: Melissa H. Kunig; Tiempo en la Corte: 0:18. NO HAY NINGÚN DOCUMENTO PDF ASOCIADO A ESTA ENTRADA. ENTRADA DE SÓLO TEXTO. (mku)**