Roy Huntsman, Esq. SBN 185486
**McGEE, LERER & ASSOCIATES**
11845 W. Olympic Blvd., Suite 645W
Los Angeles, CA 90064
*Telephone (310) 231-9717*
*Facsimile (310) 231-9715*

Attorneys for Plaintiff, ALICIA FRAGA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA, | ) CASE NO.: 2:22-cv-02376-FWS-AS |
| | ) |
| Plaintiff, | ) Hon. Fred W. Slaughter |
| | ) |
| | ) **DECLARATION OF ROY HUNTSMAN** |
| v. | ) **INSUPPORT OF ROY HUNTSMAN'S** |
| | ) **MOTION TO WITHDRAW AS** |
| | ) **ATTORNEY FOR PLAINTIFF ALICIA** |
| CLIFTON HOWARD, UNITED | ) **FRAGA** |
| STATES POSTAL SERVICE, | ) |
| ALEJANDRO TELLEZ MARTINEZ | ) |
| and DOES 1-100. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

1
2
3

## DECLARATION OF ROY HUNTSMAN IN SUPPORT OF ROY HUNTSMAN'S MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF ALICIA FRAGA

4        I, Roy Huntsman, hereby declare and state as follows:

5        1.      I am the attorney for Plaintiff, and I am employed at the office of
6   McGee Lerer & Associates.  The following facts are within my personal knowledge
7   and if called as a witness, I could and would completely testify thereto.

8        3.      On November 6, 2023, I drafted a letter to Plaintiff, Alicia Fraga,
9   informing her that an attorney, John W. Noland, was interested in handling her case.
10  I told her that she could call his assistant.

11       4.      I provided her the contact information for the Los Angeles County Bar
12  Lawyer Referral Service and the Orange County Bar Lawyer Referral &
    Information Service.

13       5.      I had a paralegal in our office, Anna Vargas, translate the letter into
14  Spanish and send both the English and the Spanish letters to Ms. Fraga.  See
15  Exhibits A and B attached hereto and incorporated herein by reference.

16       6.      I am informed that Ms. Fraga called Mr. Noland's assistant and
17  subsequently met with Mr. Noland in his Valencia office on November 9, 2023.

18       7.      On November 10, 2023, I spoke to Mr. Noland who informed me that he
19  had offered to take over the handling of Ms. Fraga's lawsuit, but she declined.  She
20  indicated that she wanted to wait and see what the Court would do with the pending
21  Motion to Withdraw.

22       I declare under penalty of perjury under the laws of the United States that the
23  foregoing is true and correct and that this declaration was executed on November 27,
24  2023.

25  _____
    Roy Huntsman, Declarant
26
27
28

DECLARATION OF ROY HUNTSMAN IN SUPPORT OF ROY HUNTSMAN'S MOTION TO
WITHDRAW AS ATTORNEY FOR PLAINTIFF ALICIA FRAGA

**EXHIBIT "A"**



## McGEE | LERER
### & ASSOCIATES

11845 W. OLYMPIC BLVD., SUITE 645W
LOS ANGELES, CALIFORNIA 90064
TELEPHONE 310-231-9717
FACSIMILE 310-231-9715

November 6, 2023

**Via Email & U.S. Mail**
Alicia Fraga
alizfraga@gmail.com
39517 Denham Drive
Palmdale, CA 93551

**Re:   Alicia Fraga v. United States, et al.**
**Case No.: 2:22-cv-02376-DSF-AS**

Dear Mrs. Fraga,

Pursuant to the Court's recent order, I have reached out to other attorneys who might be interested in handling your personal injury claim in the Federal Court.

Attorney John W. Noland has expressed interest in handling your claim. He asks that you call his assistant, Martha at (855) 675-2901 to begin the evaluation process.  His office is located at 28494 Westinghouse Pl Ste 311 Santa Clarita, CA 91355.

The Los Angeles Bar Association Lawyer Referral Service (LRS) can be reached as follows: Find an attorney by phone: (213) 243-1525 (Monday through Friday, 8:45 am to 5:00 pm). Find an attorney online at **www.smartlaw.org.**

Because this lawsuit is in Santa Ana, I suggest that you contact the Orange County Bar Association Lawyer Referral & Information Service (LRIS) to Request a referral on-line at http://www.lrisoc.org/referral.html or call (949) 440-6747 or (877) 257-4762.

It is my understanding that these programs can assist you in Spanish.  If you have any concerns, please do not hesitate to call this office.

Sincerely,

**McGEE, LERER & ASSOCIATES**

Roy Huntsman
RH:

**EXHIBIT "B"**



## McGEE | LERER
### & ASSOCIATES

11845 W. OLYMPIC BLVD., SUITE 645W
LOS ANGELES, CALIFORNIA 90064
TELEPHONE 310-231-9717
FACSIMILE 310-231-9715

Noviembre 6, 2023

**Por Correo Electrónico & Correo U.S.**
Alicia Fraga
alizfraga@gmail.com
39517 Denham Drive
Palmdale, CA 93551

Re:   **Alicia Fraga v. United States, et al.**
      **Número de Caso.: 2:22-cv-02376-DSF-AS**

Estimada Sra. Fraga,

De conformidad con la orden reciente del Tribunal, me comuniqué con otros abogados que podrían estar interesados en manejar su reclamo por lesiones personales en el Tribunal Federal.

El abogado John W. Noland ha expresado interés en manejar su reclamo. Pide que llame a su asistente, Martha al (855) 675-2901 para comenzar el proceso de evaluación. Su oficina está ubicada en 28494 Westinghouse Pl Ste 311 Santa Clarita, CA 91355.  The Los Angeles Bar Association Lawyer Referral Service (LRS) Puede ser localizada de la siguiente manera: Buscar un abogado por teléfono: (213) 243-1525 (Lunes a Viernes, 8:45 am to 5:00 pm). Buscar un abogado en linea en **www.smartlaw.org.**

Debido a que esta demanda se lleva a cabo en Santa Ana, le sugiero que se comunique con el Servicio de Información y Referencias de Abogados de la Asociación de Abogados del Condado de Orange (LRIS) para solicitar una referencia en línea en http://www.lrisoc.org/referral.html o llame a ( 949) 440-6747 o (877) 257-4762.

Tengo entendido que estos programas pueden ayudarle en español. Si tiene alguna inquietud, no dude en llamar a esta oficina.

Atentamente,

**McGEE, LERER & ASSOCIATES**

Roy Huntsman
RH:AV