**Melissa Kunig**

**From:** Alicia Fraga <alizfraga@gmail.com>
**Sent:** Thursday, December 14, 2023 11:08 AM
**To:** Melissa Kunig
**Subject:** Alicia Fraga, Case number 2:22-cv-02376-FWS-AS

**FILED**
**DEC 14, 2023**
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY __MKU__
Deputy Clerk, U.S. District Court

**CAUTION - EXTERNAL:**

Hello, my name is Alicia Fraga. As the judge ordered that my lawyer could withdraw from the case, its been very difficult to find another lawyer because they all say that the court date is too soon. That's its not enough time for them to catch up on the whole case and they ask my if the judge can extend the time til court.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1