# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-02376-FWS (ASx) | Date | December 21, 2023 |
|---|---|---|---|
| Title | Alicia Fraga v. Clifton Howard et al | | |

**PRESENT:**

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Roy Huntsman | Randy Hsieh |
| | Angelina Lane (telephonic) |

**PROCEEDINGS:    MOTION OF ROY HUNTSMAN TO WITHDRAW AS ATTORNEY FOR PLAINTIFF [52]**

Motion hearing held.   Plaintiff Alicia Fraga and certified Spanish interpreter Rocio Rappaport also present.   Interpreter sworn.   The Court and counsel discuss matters as stated on the record.   For the reasons stated on the record, the motion is **GRANTED.**

Mr. Huntsman is ORDERED to file a declaration with pro se plaintiff's contact information to be added to the docket no later than **Friday, December 22, 2023, at 5:00 p.m.**

The court sets a Status & Scheduling Conference for **Thursday, January 25, 2024, at 9:00 a.m.**   The hearing shall proceed in person. Any and all counsel for (as well as plaintiff Alicia Fraga if she proceeds *pro se*) are ordered to be present.   If pro se plaintiff attends any hearing future hearings in this matter, plaintiff is ordered to provide a Spanish language interpreter for all of those hearings.

|   | 0 | : | 42 |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |

cc: