Roy Huntsman, Esq. (SBN 185486)
**McGEE, LERER & ASSOCIATES**
11845 W. Olympic Boulevard, Suite 645W
Los Angeles, CA 90064
*Telephone (310) 231-9717*
*Facsimile (310) 231-9715*

Attorney for Plaintiff, ALICIA FRAGA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLIFTON HOWARD, UNITED STATES OF AMERICA, ALEJANDRO TELLEZ RAMIREZ, and DOES 1-10.<br><br>　　　　　Defendants. | Case No.: 2:22-cv-02376-FWS-AS<br><br>**DECLARATION OF ROY HUNTSMAN, ESQ.**<br><br>Hearing Date: December 21, 2023<br>Time:　　　 10:00 a.m.<br>**Dept:　　　 10D** |

### **DECLARATION OF ROY HUNTSMAN, ESQ.**

I, Roy Huntsman, state and declare:

1. I am an attorney duly licensed to practice law in all courts of the State of California. All of the facts stated in this declaration are based on personal knowledge except those stated on information and belief. If called upon as a witness I would competently testify thereto.

2. On Thursday, December 21, 2023, at 10:00 a.m. my Motion to Withdraw as Counsel came on regularly for hearing in courtroom 10D of the United States District Court for the Central District of California. I was relieved as counsel of record for Plaintiff Alicia Fraga. Plaintiff Alicia Fraga's current address and phone number is as follows:

　　Address: 39517 Denham Dr., Palmdale, CA 93551

　　Tel.: (818) 590-0752

1
**DECLARATION OF ROY HUNTSMAN, ESQ.**

E-mail: <alizfraga@gmail.com>

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of December 2023 at Los Angeles, California.

_____
Roy Huntsman, Esq.

**DECLARATION OF ROY HUNTSMAN, ESQ.**