Roy Huntsman, Esq. SBN 185486
**McGEE, LERER & ASSOCIATES**
11845 W. Olympic Boulevard, Suite 645W
Los Angeles, CA 90064
*Telephone (310) 231-9717*
*Facsimile (310) 231-9715*

Former Attorney for Plaintiff, ALICIA FRAGA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFTON HOWARD, UNITED STATES OF AMERICA, ALEJANDRO TELLEZ RAMIREZ, and DOES 1-10. <br><br> Defendants. | CASE NO.: 2:22-cv-02376-FWS-AS <br> Case Assigned to: Hon. Fred W. Slaughter <br><br> **NOTICE OF ATTORNEY'S LIEN FOR COSTS ONLY AND WAIVER OF FEES UNDER CIVIL CODE SECTIONS 2883 AND 2884** <br><br> Trial Date: March 12, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that McGee, Lerer & Associates, former counsel for Plaintiff, ALICIA FRAGA in the above-captioned matter, in accordance with the terms of the written fee agreement between Attorney and Plaintiff and separately under all applicable law including but not limited to the authorities cited below, holds a lien of first priority, first in time and senior to all other interest-holders: on all of Plaintiff's claims and causes of action asserted in this matter, on any judgment rendered in favor of Plaintiff in this matter, and on any recovery obtained by Plaintiff in this matter whether by settlement, judgment, or otherwise for attorney's costs only, and not for fees.  Said lien is to secure payment for costs and expenses incurred on behalf of Plaintiff.  **No party should release any funds without resolution of Attorney's lien, and no payments**

**NOTICE OF ATTORNEY'S LIEN FOR COSTS ONLY AND WAIVER OF FEES UNDER CIVIL CODE SECTIONS 2883 AND 2884**

**should be made without including Attorney's name on the settlement check, payment, or draft or otherwise resolving and obtaining Attorney's release of lien.** *See, e.g., Siciliano v. Fireman's Fund Ins. Co.*, 62 Cal. App. 3d 745, 749-52 (1976) (causes of action properly pleaded against payor who pays money to plaintiff in underlying action without protecting prior attorney's asserted attorney lien), 752 (contingent-fee contract gives attorney lien upon the recovery, "and the attorney is regarded as an equitable assignee of the judgment or settlement to the extent of fees and costs which are due him for services."); *Valenta v. Regents of Univ. of Cal.*, 231 Cal. App. 3d 1465, 1470 (1991) ("Clearly, the practice of filing a notice of lien in a pending action is permissible, and even advisable."); *Hansen v. Haywood*, 186 Cal. App. 3d 350, 355-56 (1986) (attorney's lien survives discharge and exists regardless whether notice is provided or the timing that notice is given); *Cetenko v. United Cal. Bank*, 30 Cal. 3d 528 (1982); *Levin v. Gul Ins. Group*, 69 Cal. App. 4th 1282, 1287-88 (1999) (payors of settlements or on judgments "are liable for intentional interference with the prospective economic advantage of a discharged attorney when, after receiving a notice of lien for costs, as we are waiving attorney's lien for fees filed in the case by the discharged attorney, they pay his former client and the latter's new attorney in settlement or in satisfaction of a judgment with knowledge of the lien.")

DATED: December 26, 2023                    **MCGEE, LERER & ASSOCIATES**

                                     By:  _____
                                          Roy Huntsman, Esq.
                                          Former Attorney for Plaintiff
                                          ALICIA FRAGA

2
**NOTICE OF ATTORNEY'S LIEN FOR COSTS ONLY AND WAIVER OF FEES UNDER CIVIL CODE SECTIONS 2883 AND 2884**

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11845 W. Olympic Blvd., Ste 645W, Los Angeles, CA 90064.

    On December 26, 2023, I served the foregoing document, described as:

**NOTICE OF ATTORNEY'S LIEN FOR COSTS ONLY AND WAIVER OF FEES UNDER CIVIL CODE SECTIONS 2883 AND 2884**

[X]    By placing [ ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[ ]    BY U.S. MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    I am familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ]    BY OVERNIGHT DELIVERY: By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as shown above, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents, who received these documents at 11845 W. Olympic Blvd., Ste 645W, Los Angeles, CA 90064.

[ ]    BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

[ ]    BY FACSIMILE: By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is 310-231-9715, to each interested party at the facsimile machine telephone number(s) set forth above or on the attached service list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine for each

**NOTICE OF ATTORNEY'S LIEN FOR COSTS ONLY AND WAIVER OF FEES UNDER CIVIL CODE SECTIONS 2883 AND 2884**

interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

Service by facsimile transmission was made [ ] pursuant to agreement of the parties, confirmed in writing, or [ ] as a courtesy to the parties.

[X]   BY ELECTRONIC SERVICE: By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the e-mail address qalston@mcgeelerer.com. To my knowledge, the transmission was reported as complete and without error.

[ ]   State:   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   Federal:   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on December 26, 2023, at Los Angeles, California.

*Quinton M. Alston*

## **SERVICE LIST**

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RANDY HSIEH
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585
Facsimile: (213) 894-7819
Email: Randy.Hsieh@usdoj.gov

**Attorneys for Defendant,
United States of America**

ANGELINA R. LANE, ESQ.
LAW OFFICES OF DAN D. ENDOSO & ASSOCIATES
330 North Brand Boulevard, Suite 1200
Glendale, California 91203
Telephone: (818) 638-2050
Facsimile: (818) 638-2051
E-Mail: ServiceLOODDE@kempercorporation.onmicrosoft.com

**Attorneys for Defendant,
ALEJANDRO TELLEZ RAMIREZ**

**NOTICE OF ATTORNEY'S LIEN FOR COSTS ONLY AND WAIVER OF FEES UNDER CIVIL CODE SECTIONS 2883 AND 2884**