**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRAGA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ALEJANDRO TELLEZ MARTINEZ,<br><br>Defendants. | Case No. 2:22-cv-02376-FWS-AS<br><br>**ORDER RE MODIFYING SCHEDULING OPERATIVE ORDER [49]** |

///

///

///

Having reviewed and considered record in the above-captioned case, the statements of Plaintiff Alicia Fraga, Defendant United States of America, and Defendant Alejandro Tellez Martinez during the hearing on January 25, 2024, and the applicable law, the court exercises its discretion and **ORDERS** the court's June 20, 2023, Operative Scheduling Order [49] (the "Scheduling Order") **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *2/25/2025* |
| Parties' Estimated Trial Length | **4-5 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *1/30/2025* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 3/16/2023 |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *7/11/2024* |
| Expert Disclosure (Initial) | *7/25/2024* |
| Expert Disclosure (Rebuttal) | *8/8/2024* |
| Expert Discovery Cut-Off | *8/22/2024* |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | *11/7/2024* |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>*[x]* 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[ ] 3. Private Mediation | *8/29/2024* |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders | *12/5/2024* |

---

[1] This Order is now the Operative Scheduling Order in this case. Based on the record, the court is disinclined to grant further modifications or continuances of the trial date and accompanying dates set forth in this Order.

| | |
|---|---|
| • *Daubert* Motions with Proposed Orders[2]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[3]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | 12/12/2024 |
| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | 12/19/2024 |

The court further **ORDERS** that any party who requires an interpreter shall obtain and provide their own interpreter for each in-person proceeding. *See Valdez v. Zhang*, 2021 WL 2044850, at *1 (S.D. Cal. Apr. 6, 2021) ("[T]he Court is unaware of any statute authorizing the expenditure of public funds for a court-appointed interpreter in a civil action."); *Loyola v. Potter*, 2009 WL 1033398, at *2 (N.D. Cal.

---

[2] *Daubert* motions and oppositions to *Daubert* motions shall not exceed **ten (10) pages** in length.

[3] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 42 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.

3

Apr. 16, 2009) ("The court is not authorized to appoint interpreters for litigants in civil cases, and, moreover, has no funds to pay for such a program.").

In addition, as discussed at the scheduling conference, the court may not provide legal advice to any party, including pro se litigants. The Federal Pro Se Clinic offers free information and guidance to individuals representing themselves in federal civil actions. The Santa Ana Clinic operates by appointment only. Parties may schedule an appointment either by calling the Clinic at 714-541-1010, ext. 222, or by using an internet portal at https://prose.cacd.uscourts.gov/santa-ana or http://www.publiccounsel.org. Clinic staff can respond to many questions with a telephonic appointment or through an email account.

Finally, pro se litigants are not exempt from complying with the court's Local Rules and the Federal Rules of Civil Procedure. *See Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) ("First and foremost is that pro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record."); *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although pro se, [a party] is expected to abide by the rules of the court in which [the party] litigates."); L.R. 1-3 ("Persons appearing pro se are bound by these rules, and any reference in these rules to 'attorney' or 'counsel' applies to parties pro se unless the context requires otherwise.").

**IT IS SO ORDERED.**

Dated: January 25, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR