E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Civil Litigation Section
RANDY HSIEH (Cal. Bar No. 312087)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585
    Facsimile: (213) 894-7819
    E-mail: Randy.Hsieh@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALICIA FRAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>ALEJANDRO TELLEZ RAMIREZ,<br><br>    Defendants. | Case No. 2:22-cv-02376-FWS-AS<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

Pursuant to Local Rule 16-15.7, PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter. A dismissal will be filed pursuant to Rule 41(a)(1)(A).

Respectfully submitted,

Dated: August 23, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ Randy Hsieh
RANDY HSIEH
Assistant United States Attorney

Attorneys for Defendant United States of America